IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDUL MOHAMMED, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UBER TECHNOLOGIES, INC., *et al*. )<br>)<br>)<br>    Defendants. ) | Case No.: 1:16-cv-02537<br><br>Honorable John Z. Lee |

**DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.17, Defendants Uber Technologies, Inc., Rasier, LLC, Travis Kalanick, and Ryan Graves (collectively, "Uber"), by and through undersigned counsel, respectfully request leave to withdraw the appearances of Reid J. Schar and Megan B. Poetzel as counsel for Uber. In support thereof, Uber states the following:

    1.    Reid J. Schar and Megan B. Poetzel of Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois, 60654 have appeared in this matter on behalf of Defendants. (ECF Nos. 58, 61.)

    2.    Jennifer L. Schilling and Kerri Lynn Feczko of Littler Mendelson, P.C., 321 N. Clark Street, Suite 1100, Chicago, Illinois, 60654 have appeared in this matter on behalf of Defendants. (ECF Nos. 96, 97.) Ms. Schilling and Ms. Feczko are members of the Trial Bar of this District.

    3.    Uber requests leave of Court to withdraw the appearances of Mr. Schar and Ms. Poetzel of Jenner & Block LLP. Uber will continue to be represented by Ms. Schilling and Ms. Feczko of Littler Mendelson, P.C. in this matter.

4.	No trial date has been set for this matter. Therefore, granting this motion will not prejudice any party or cause any undue delay.

5.	Counsel for Uber have conferred with counsel for Plaintiff Abdul Mohamed and Plaintiff's counsel has indicated that Plaintiff does not oppose this motion.

WHEREFORE, Uber respectfully requests that the Court enter an order granting the foregoing motion for withdrawal.

Dated:  January 11, 2021				By:  /s/ Reid J. Schar

Reid J. Schar
Megan B. Poetzel
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:    (312) 222-9350
Email: rschar@jenner.com
            mpoetzel@jenner.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 11, 2021, in accordance with United States District Court for the Northern District of Illinois Local Rule 5.9, I caused a true and correct copy of the foregoing Uber Technologies, Inc.'s Unopposed Motion for Withdrawal of Counsel to be served via the Court's electronic case filing system to all filing users for this matter assigned to the Court's electronic case filing system.

      By:   /s/ Reid J. Schar